```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16114
   RAYTINA M NELSON
   HURON D WILLIAMS                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5361     SSN XXX-XX-3908

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   SECURED VEHIC    14422.23        772.77        2534.91
AMERICREDIT FINANCIAL SV   UNSECURED         1018.78           .00            .00
AMERICREDIT                NOTICE ONLY     NOT FILED           .00            .00
DELL FINANCIAL SERVICES    SECURED           2000.00           .00         360.00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
IC SYSTEMS INC             NOTICE ONLY     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED           .00            .00
RAYTINA M NELSON           NOTICE ONLY     NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
WEST ASSET MANAGEMENT      NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE                UNSECURED         1065.51           .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED           .00            .00
FIRST REVENUE ASSURANCE    NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        22965.91           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
WEXLER & WEXLER            NOTICE ONLY     NOT FILED           .00            .00
PREMIER BANKCARD           UNSECURED          420.56           .00            .00
HOLY CROSS HOSPITAL        UNSECURED          703.42           .00            .00
PELLETTIERI & ASSOC        NOTICE ONLY     NOT FILED           .00            .00
MIDNIGHT VELVET            UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED           .00            .00
T MOBILE                   UNSECURED          301.73           .00            .00
T MOBILE                   UNSECURED       NOT FILED           .00            .00
SUPERIOR ASSET MANAGEMEN   NOTICE ONLY     NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED           .00            .00
WOW INTERNET AND CABLE     UNSECURED       NOT FILED           .00            .00
CMI                        NOTICE ONLY     NOT FILED           .00            .00
LOOP DEVELOPEMENT          NOTICE ONLY     NOT FILED           .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 16114 RAYTINA M NELSON & HURON D WILLIAMS

```
ROUNDUP FUNDING LLC      UNSECURED          871.25             .00             .00
TIMOTHY K LIOU           DEBTOR ATTY      2,837.20                         2,084.51
TOM VAUGHN               TRUSTEE                                             443.29
DEBTOR REFUND            REFUND                                              309.68

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,505.16

PRIORITY                                             .00
SECURED                                         2,894.91
    INTEREST                                      772.77
UNSECURED                                            .00
ADMINISTRATIVE                                  2,084.51
TRUSTEE COMPENSATION                              443.29
DEBTOR REFUND                                     309.68
                         ---------------    ---------------
TOTALS                   6,505.16               6,505.16
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 09/24/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```